· company; and, second, the refusal to give a requested instruction to the jury. The questions presented in the lower court and here are purely questions of fact. The precise issues involved were correctly defined by the trial judge in a remarkably lucid and comprehensive charge to the jury. The requested instruction, so far as it might properly have been given, was fully covered in the general charge. The contention that a verdict should have been directed in favor of the railway company rests primarily, if not wholly, upon the theory that it was a physical and mechanical impossibility for the accident to have happened and the injury to have been caused in the manner alleged and claimed by the defendant in error. This theory is fairly controverted by the testimony of several locomotive and mechanical engineers and other witnesses. The verdict was amply supported and justified by the evidence. An extended discussion of the case would serve no useful purpose. The judgment is affirmed, with costs.

SUGAR v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. February 12, 1918.) No. 3152. In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge. Joseph B. Beckenstein, of Detroit, Mich., for plaintiff in error. John E. Kinnane, U. S. Atty., of Detroit, Mich.

PER CURIAM. Dismissed on motion of defendant in error. See, also, 243 Fed. 423.

SUGAR v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. February 12, 1918.) No. 3153. In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge. Joseph B. Beckenstein, of Detroit, Mich., for plaintiff in error. John E. Kinnane, U. S. Atty., of Detroit, Mich.

PER CURIAM. Dismissed on motion of defendant in error. See, also, 243 Fed. 423.

TALKINGTON v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 3, 1917.) No. 4840. In Error to the District Court of the United States for the Eastern District of Oklahoma. William Pfeiffer, of Oklahoma City, Okl., for plaintiff in error. W. P. McGinnis, U. S. Atty., and Archibald Bonds, Sp. Asst. U. S. Atty., both of Muskogee, Okl.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of counsel for plaintiff in error, suggesting death of plaintiff in error.

THACHER v. BOARD OF SUPERVISORS OF POLK COUNTY, IOWA, et al. (Circuit Court of Appeals, Eighth Circuit. January 17, 1918.) No. 4928. Appeal from the District Court of the United States for the Southern District of Iowa. F. H. Drury, of Chicago, Ill., for appellant. Wallace R. Lane, of Chicago, Ill., for appellees.

PER CURIAM. Appeal dismissed with costs, on motion of appellees, for failure to file printed records and brief of appellant in time. For opinion below, see 235 Fed. 724.

THACHER v. CITY OF DES MOINES, IOWA. (Circuit Court of Appeals, Eighth Circuit. December 3, 1917.) No. 4929. Appeal from the District Court of the United States for the Southern District of Iowa. F. H. Drury, of Chicago, Ill., for appellant. Orwig & Bair, of Des Moines, Iowa, for appellee.

PER CURIAM. Appeal dismissed, with costs, on motion of appellee, for failure to file printed records and brief of appellant in time.